**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7138**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE VICK,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-92-113-BO, CA-97-318-BO)

───────────────

Submitted:  June 29, 2001          Decided:  August 1, 2001

───────────────

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

John L. Tidball, V, Raleigh, North Carolina, for Appellant. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Willie Vick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Vick's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>United States v. Vick</u>, Nos. CR-92-113-BO; CA-97-318-BO (E.D.N.C. June 19, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>